**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Larry Ray EAMES, Defendant—Appellant.**

**No. 03–10085.**

**D.C. No. CR–97–237–ROS.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 23, 2004.

Peter S. Sexton, Joan G. Ruffenach, Asst. U.S. Atty., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff-Appellee.

Larry Ray Eames, Beaumont, TX, for Defendant-Appellant.

Before FERNANDEZ, W. FLETCHER and TALLMAN, Circuit Judges.

### MEMORANDUM**

Larry Ray Eames, a federal prisoner, appeals pro se the district court's order denying his motion for production of a sealed transcript of a pre-trial proceeding in his criminal case. On July 24, 2003, the district court granted Eames' motion to unseal the pre-trial hearing for transcrip-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

tion purposes. Accordingly, this appeal is dismissed as moot.

**DISMISSED.**

---

* The Honorable Ronald B. Leighton, United States District Judge for the Western District of Washington, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.